# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:09-CR-25 |
| v. ) | |
| ) | |
| ELLIS HARVEY MEEKS ) | |

## ORDER

The Government having moved the Court for leave to dismiss the Indictment without prejudice, in the above-styled case, pursuant to Rule 48(a), Fed. R. Crim. P., it is hereby

CONSIDERED, ADJUDGED, and DECREED that said motion is GRANTED and the Indictment is hereby dismissed, without prejudice.

So ORDERED, this 18th day of September, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Prepared by : Jessica L. McClellan
Assistant United States Attorney
Georgia Bar No. 436785
100 Bull Street
Savannah, Georgia 31401
(912 )652-4422
U.S. v. Meeks
4:09-25